# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT LYKENS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF FCI LEWISBURG, et al.,<br><br>Respondents. | CIVIL ACTION NO. 1:25-CV-01694<br><br>(SAPORITO, J.) |

## ORDER

Now before the Court is pro se petitioner Scott Lyken's motion to strike a supplement filed by the respondents in connection with Chief United States Magistrate Judge Daryl F. Bloom's Report and Recommendation on April 10, 2026. Doc. 13; Doc. 17; Doc. 18. The petitioner's chief contention is that the respondents improperly introduce new legal arguments that were not introduced in the normal briefing cycle for the Report and Recommendation. Doc. 19, at 1—2. In the respondents' brief in opposition, they state that they have no objection to the petitioner filing a brief to address any "new" arguments that were raised in the supplement. Doc. 20, at 2. In light of this, the petitioner has asked the Court to permit him to file a response to the respondents'

supplement. Doc. 21, at 2. Given that there is no objection to the petitioner filing a response to the supplement, we will deny the motion to strike. However, we will do so with leave to file a response. The response must not exceed ten pages and is limited to addressing only new arguments that were raised in the respondents' supplement.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The petitioner's motion to strike is **DENIED**.

2. The petitioner shall file a response to the respondents' supplement within **fourteen (14)** days after the entry of this Order. The response must not exceed **ten (10)** pages and must only address new arguments that were raised in the supplement.

Dated: November 16, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge